IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY H. ELLINGTON,

    Petitioner,                    No. CIV-01-0273 DFL KJM P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus based on 28 U.S.C. § 2254. On March 7, 2005, this court issued findings and recommendation which recommended that petitioner's application be denied. By order dated March 30, 2005, petitioner's motion for substitution of counsel was granted and petitioner received a new attorney. On May 16, 2005, petitioner, through counsel, filed a "request to establish briefing schedule," in which he requests an extension of time to July 1, 2005, to file objections to the March 7, 2005 findings and recommendations. Good cause appearing, that request will be granted.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's May 16, 2005, request for an extension of time is granted;

2. Petitioner is granted until July 1, 2005, in which to file objections to the March 7, 2005, findings and recommendations; and

3. Respondents may file a reply to petitioner's objections within five days after service of the objections.

DATED: June 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

KJM:elli0273.ext:du