1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY H. ELLINGTON,

         Petitioner,                  No. CIV S-01-0273 DFL KJM P

    vs.

STATE OF CALIFORNIA, et al.,

         Respondents.          ORDER

_____/

        Petitioner has filed a third request for an extension of time, until August 15, 2005, to file objections to this court's March 7, 2005, findings and recommendations.  Good cause appearing, that request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Petitioner's August 1, 2005 request for an extension of time is granted; and

        2.  Petitioner's objections to this court's March 7, 2005 findings and recommendations shall be filed on or before August 15, 2005.  No further extensions of time will be granted.

DATED:  August 4, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

8/elli273.ext