**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
e-mail: vshjah@aol.com

Attorney for Petitioner
**BOBBY H. ELLINGTON**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **BOBBY H. ELLINGTON**, | ) | CIV-S-01-0273 DFL KJM P |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| **STATE OF CALIFORNIA**, et al., | ) | |
| Respondents. | ) | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time, until August 22, 2005 is granted. On or before August 22, 2005, petitioner shall file his objections to the findings and recommendations of the magistrate judge issued March 7, 2005. In light of the prior extensions of time granted, no further extensions of time will be granted.

DATE: August 16, 2005.

_____
UNITED STATES MAGISTRATE JUDGE