IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY H. ELLINGTON,

    Petitioner,               No. CIV S-01-0273 DFL KJM P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.         <u>ORDER</u>

        Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus under 28 U.S.C. § 2254. On November 7, 2005, petitioner filed a letter that appears to be directed to the Federal Defender's Office. On November 18, 2005, petitioner filed a letter directed to the Clerk of Court. Good cause appearing, the Clerk of Court will be directed to serve these letters on Victor Haltom, petitioner's counsel of record. The Clerk of Court also will be directed to serve on petitioner a copy of the court's order appointing Mr. Haltom.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of Court shall serve on petitioner's counsel of record the letters filed on November 7, 2005 (docket # 76) and November 18, 2005 (docket # 77).

        2. The Clerk of Court shall serve on petitioner, at the address provided in his

1

1  letter of November 7, 2005 (docket # 76), a copy of the court's order filed on March 30, 2005
2  (docket # 63).
3  DATED: November 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

9  KJM:elli273.o:8