IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY H. ELLINGTON,

    Petitioner,                   No. CIV-S-01-0273 DFL KJM P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.               ORDER

    _____/

    On August 28, 2006 petitioner filed a letter addressed to the undersigned. Petitioner's application for writ of habeas corpus was denied on February 10, 2006. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: September 22, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

1
elli0273.158